UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TRAMETRICH DEMOND JOHNSON,**

    **Plaintiff,**

v.                                                                    Case No.  5:24-cv-174-MCR-MJF

**CENTURION OF FLORIDA, LLC,**

    **Defendant.**

_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated October 31, 2024. ECF No. 13. Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

    1.    The Magistrate Judge's Report and Recommendation, ECF No. 13, is adopted and incorporated by reference into this Order.

      2.      This action is **DISMISSED** under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b), for failure to state a claim upon which relief may be granted.

      3.      The clerk of court will enter judgment accordingly and close this case file.

**DONE AND ORDERED** this 9th day of December 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**